NOTE: This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**MEDTRONIC INC.,**
*Appellant*

**v.**

**NUVASIVE, INC.,**
*Appellee*

---

2014-1722

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 95/001,247.

---

**JUDGMENT**

---

JUSTIN J. OLIVER, Fitzpatrick, Cella, Harper & Scinto, Washington, DC, argued for appellant. Also represented by STEPHEN EDWARD BELISLE; NINA SHREVE, New York, NY.

MICHAEL T. ROSATO, Wilson, Sonsini, Goodrich & Rosati, PC, Seattle, WA, argued for appellee. Also represented by PAUL DAVID TRIPODI, II, Los Angeles, CA; CRAIG E. COUNTRYMAN, Fish & Richardson, P.C., San Diego, CA; FRANK SCHERKENBACH, Boston, MA; STEPHEN REYNOLD SCHAEFER, MICHAEL J. KANE, Minneapolis, MN.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, O'MALLEY, and TARANTO, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

April 14, 2015                              /s/  Daniel  E.  O'Toole
     Date                              Daniel E. O'Toole
                                      Clerk of Court